UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EDWARD ALMONTE,   Civil No. 04-4147 (ADM/SRN)

    Petitioner,

v.   ORDER

LISA J.W. HOLLINGSWORTH, Warden
FCI-Sandstone, Minnesota,

    Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 15, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Docket No. 1) is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   October 7, 2005

                                                    s/Ann D. Montgomery

                                                  ANN D. MONTGOMERY
                                                  United States District Court Judge